UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Scott,

        Plaintiff,

v.                                                Civil No. 13-2616 (JNE/BRT)
                                                SPECIAL VERDICT FORM

CSL Plasma, Inc.,

        Defendant.

We, the jury, answer the questions put to us on this Verdict Form as follows:

Question 1.    Did Plaintiff Lisa Scott prove by the greater weight of the evidence that Defendant CSL Plasma, Inc. refused to do business with her because she is transgender?

                                                               **YES**
                                                             Yes or No

      **Note:** *Complete the following question only if your answer to Question 1 is "Yes." If your answer to Question 1 is "no," have your foreperson sign and date this form because you have completed your deliberation.*

Question 2.    Did Defendant CSL Plasma, Inc. prove by the greater weight of the evidence that it deferred the Plaintiff as a plasma donor because of a legitimate business purpose?

                                                               **YES**
                                                             Yes or No

      **Note:** *Complete the following questions only if your answer to Question 2 is "No." If your answer to Question 2 is "yes," have your foreperson sign and date this form because you have completed your deliberation.*

Question 3.    We find the Plaintiff's compensatory damages to be:

      Actual damages: $_____    (State the amount or, if none, write the word "none.")

      Multiplier:           _____    (State a number not less than 1 or greater than 3.)

SCANNED
MAR - 9 2016
U.S. DISTRICT COURT MPLS

<u>Question 4.</u>    We find the Plaintiff's damages for mental anguish or suffering to be:

$_____ (State the amount or, if none, write the word "none.")

SIGN AND DATE THIS FORM.

Dated: 3/9/16

SIGN **SIGNATURE REDACTED**

SIGN **SIGNATURE REDACTED**