✎AO450 (Rev 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Lisa Scott,

　　　　　　Plaintiff,　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

V.

　　　　　　　　　　　　　　　　　Case Number:　13-cv-2616 (JNE/BRT)

CSL Plasma, Inc., formerly known as,
ZLB Plasma,

　　　　　　Defendant.


[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's complaint against the Defendant in this case is dismissed with prejudice.


　　　March 9, 2016　　　　　　　　　RICHARD D. SLETTEN, CLERK
Date

　　　　　　　　　　　　　　　　　　　s/Catherine B. Cusack
　　　　　　　　　　　　　　(By)　　　Catherine B. Cusack,　Deputy Clerk


s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge